[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

**FILED**

**U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DECEMBER 19, 2006
THOMAS  K. KAHN
CLERK**

No. 05-15931
Non-Argument Calendar
_____

D. C. Docket No. 04-00036-CR-AAA-2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

EDWARD BESS, SR.,
a.k.a. William Edward Bess,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia
_____

**(December 19, 2006)**

Before TJOFLAT, HULL and COX, Circuit Judges.

PER CURIAM:

John Ossick, Jr., appointed counsel for Edward Bess in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396 (1967).  Our

independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and Bess's conviction and sentence is AFFIRMED.